PROB 12C
(6/16)

Report Date:  April 8, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gabriel J. Gibson                    Case Number: 0980 1:16CR02073-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 6, 2017

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:       Prison - 57 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon              Date Supervision Commenced: November 20, 2020

Defense Attorney:        Federal Defender's Office     Date Supervision Expires: November 19, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/07/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**:  It is alleged that Mr. Gibson violated the terms of his supervised release by being charged with Giving False Information to a Police Officer,  in violation of ORS 162.385, on or about April 3, 2021.

On November 20, 2020, supervision commenced in this matter.  That same day, a supervision intake was completed and the conditions of supervision imposed by the Court were reviewed with him. He acknowledged an understanding of the conditions imposed to include mandatory condition number 1, noted above.

Available incident reports from the Umatilla Tribal Police Department (UTPD), in Pendleton, Oregon, noted that on April 3, 2021, the UTPD pulled over a vehicle due to the driver not wearing a seat belt.  One of the passengers, later identified as the offender, provided a false name of Gerrad Wyena,  to law enforcement.  As a result, he was released at the scene.

Later that evening, law enforcement was able to positively identify the offender as Gabriel Gibson.  Law enforcement then located him at the Marigold Hotel in Pendleton Oregon, where he was arrested on his USMS warrant and was cited for Giving False Information to a Police Officer, in violation of ORS 162.385.

Prob12C
**Re: Gibson, Gabriel J**
**April 8, 2021**
**Page 2**

8          **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or probation officer.

**Supporting Evidence**:  It is alleged that Mr. Gibson violated the terms of his supervised release by leaving the Eastern District of Washington, on or about April 3, 2021.

On November 20, 2020, supervision commenced in this matter.  That same day, a supervision intake was completed and the conditions of supervision imposed by the Court were reviewed with him.   He acknowledged an understanding of the conditions imposed to include standard condition number 3, noted above.

On April 3, 2021, Gabriel Gibson was located in the District of Oregon where he was later arrested on the USMS warrant and charged with Giving False Information to a Police Officer,  in violation of ORS 162.385.  Mr. Gibson did not have prior approval to be outside of the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/08/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

4/9/2021

Date