PROB 12C
(6/16)

Report Date: July 17, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2024

SEAN F. McAVOY, CLERK

**Amended Petition for Incorporation on Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Gabriel J. Gibson | Case Number: 0980 1:16CR02073-MKD-1 |

Address of Offender: Yakima County

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Presiding Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 6, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 20, 2021) | Prison - credit for time served<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: July 20, 2021 |
| Defense Attorney: | Gregory Scott | Date Supervision Expires: March 19, 2024 (tolling) |

### PETITIONING THE COURT

Per the request of the Court, the following petition is an amended request to incorporate based on the petition previously submitted to the Court on March 11, 2024 (ECF No. 106).

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  It is alleged that Mr. Gibson violated the terms of his supervised release by committing the offense of Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3) and 1153, on April 9, 2024.<br><br>Per the presentence report (ECF No. 106) for case 1:22CR02108-MKD-1, dated May 29, 2024: On July 18, 2022, Yakama Nation Police Department (YNPD) officers and Yakima Sheriff's Office (YSO) deputies were responding to an incident which occurred at Legend's Casino in Toppenish, Washington. After clearing the casino, a YNPD officer observed YSO units leaving the property behind a white sport utility vehicle (SUV). A YNPD officer proceeded to get in front of the YSO's units and a high-risk stop was  initiated. After the SUV stopped, the driver was called out from the vehicle. As this female  driver was being called back to patrol units, a male subject was observed being thrown out of the vehicle. The vehicle then began travelling south on Highway 97. A YSO deputy observed the vehicle run over the male subject's legs. A pursuit began while an officer remained with the female driver and male subject. |

Prob12C
Re: Gibson, Gabriel J
July 17, 2024
Page 2

The male subject was asked if he was okay, and he responded he was bleeding from being thrown out. He was observed to be limping. The male subject stated after picking Mr. Gibson up at 7-11, they went to the casino. When police stopped them, Mr. Gibson pulled out a gun and shoved it to his head. The male subject stated Mr. Gibson opened the door and shoved him out the passenger door.

On April 9, 2024, Mr. Gibson changed his plea before Your Honor, admitting guilt to the above incident.

5   **Mandatory Condition #1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** It is alleged that Mr. Gibson violated the terms of his supervised release by committing the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) on April 9, 2024.

Per indictment (ECF No. 1), case number 1:22CR02108-MKD-1, on or about July 18, 2022, Mr. Gibson, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm to wit: a H&R model 930, .22 LR caliber revolver bearing serial number AT083071, which had been shipped and transported in interstate and foreign commerce. (See violation 6 for incident details).

On April 9, 2024, Mr. Gibson changed his plea before Your Honor, admitting guilt to the above incident.

6   **Mandatory Condition #1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** It is alleged that Mr. Gibson violated the terms of his supervised release by committing the offense of Attempting to Elude Police Vehicle (RCW 46.61.024) (via Assimilative Crimes Act), in violation of 18 U.S.C. §§ 13 and 1152, on April 9, 2024.

Per indictment (ECF No. 1), case number 1:22CR02108-MKD-1, on or about July 18, 2022, Mr. Gibson did unlawfully and willfully fail or refuse to immediately bring his vehicle to a stop and drive his vehicle in a reckless manner while attempting to elude a pursuing police vehicle, after being given a visual and audible signal to bring his vehicle to a stop by a uniformed officer in a vehicle equipped with lights and sirens.

On April 9, 2024, Mr. Gibson changed his plea before Your Honor, admitting guilt to the above incident.

The following information was derived from investigative reports prepared by the Federal Bureau of Investigation (FBI), the Yakama Nation Police Department (YNPD), and the Yakima County Sheriff's Office (YSO), all of which are contained in the discovery files of the U.S. Attorney's Office.

On July 18, 2022, just before 11 p.m., Yakama Nation dispatch advised the Yakama Nation Facilities was requesting an officer after shots were fired at the agency. Officers who responded to the scene located five .22 caliber ammunition casings in the turn lane and west bound lane of Fort Road. A witness was contacted and stated they observed a dark colored vehicle, either blue or grey, driving toward Toppenish, Washington, and that a person in the car fired perhaps four or five rounds. The witness thought the rounds were being fired at the agency.

An officer proceeded to Legends Casino to see if there was video surveillance. However, before arriving at the casino, dispatch advised employees of a nearby store reported a shooting. Officers responded to that scene and contacted an employee. This employee indicated they thought a small "grey-ish blue" vehicle that was parked at the pumps was possibly the shooter. An officer viewed video footage and observed a vehicle with a license plate CAH2467, at the gas pumps. A male driver was wearing a white shirt and red hat. There was a passenger, and both were talking with a female and passing a bottle amongst each other. Officers cleared this scene and traveled to the Legends Casino. Upon arrival, officers were told the male subject was observed at the casino who left and fired the weapon in front of the casino. A Yakama Nation gaming agent identified the subject as Gabriel Gibson.

Officers reviewed video footage which depicted the offender walk into the casino wearing a red hat, white shirt, and black pants. He left about a half hour later. After appearing to talk to a male subject sitting on a bench, a female, identified as the defendant's girlfriend, Lucina Duran, walked up to the defendant. While the defendant and Ms. Duran were walking away from the bench, the defendant was observed on video removing a small shiny object from his right pocket. He was then observed firing a shot into the rock garden area. He placed the firearm back into his pocket and walked off. The officer viewed footage of the defendant in a small dark-colored sedan leave the property and start to drive east bound on Fort Road. On the video the driver of the vehicle was seen firing out of the vehicle.

About an hour after clearing the casino, officers were advised the defendant had changed clothes and returned and was with a different female. Officer responded back to the casino and requested assistance from other agencies. While staging in the area, officers were advised the defendant was walking on the hotel side of the casino with three other people.

A YNPD officer observed YSO units leaving the property behind a white sport utility vehicle. A YNPD officer proceeded to get in front of the YSO's units and a high-risk stop was initiated. After the vehicle stopped, the driver was called out from the vehicle. As the female driver was being called back to patrol units, a male subject was observed being thrown out of the vehicle. The vehicle began traveling south on Highway 97. A YSO deputy observed the vehicle run over this male subject's legs. A pursuit began while an officer remained with the female driver and male subject. These subjects told the officer the defendant and his daughter were in the car.

The male subject was bleeding from being thrown out. He was observed to be limping. This male subject was asked what had occurred. He stated after picking up the defendant at 7-11, they went to the casino. After police stopped them, the defendant pulled out a gun and shoved it to his head. The male subject stated the defendant opened the door and shoved him out the passenger door. The male subject stated he did not see the firearm until the defendant shoved it into his face.

While the officer was questioning the female driver and male subject, a pursuit ensued. This pursuit lasted 36 minutes, during which time the fleeing vehicle traveled with an approximate speed at times of 100 miles per hour. The driver was also throwing items such as clothing, beer bottles, and cans from the vehicle as officers pursued. The suspect vehicle ultimately began to slow, before it came to an abrupt stop in the roadway. A YNPD officer observed the driver of the vehicle extend his right arm toward the rear windshield of the vehicle. Shortly thereafter, the officer observed a small point of impact hit the middle of the windshield blowing glass out toward the officer's patrol vehicle.

Prob12C
**Re: Gibson, Gabriel J**
**July 17, 2024**
**Page 4**

The defendant was observed with a silver revolver pistol as he exited the vehicle and fled. A female, identified as the defendant's daughter, also exited the vehicle and fled. While officers pursued the two, they lost sight of the defendant in a field. The perimeter was secured and additional resources, including an armored vehicle and drones, were called to the scene.

With the assistance of a drone, the defendant's leg was observed extending out from under overgrowth. He failed to respond to several commands, requiring officers to use less lethal rounds directed at the defendant's legs. This caused the defendant to come out from cover, at which time he was arrested.

Officers proceeded to search the area where the defendant was located. They found a silver revolver and a small case of ammunition. The firearm had live ammunition in the cylinder as well as three spent cartridges. During this period, officers learned there was a federal warrant for the defendant's arrest.

On August 1, 2022, the male subject who had apparently been thrown from the vehicle prior to the police pursuit was interviewed by the FBI. This subject stated he observed the defendant with a silver gun while they were in the vehicle together. He stated the defendant never threatened him with the gun or pointed it at his head and he and the female driver got out of the vehicle on their own. He also stated when he got out of the vehicle, the rear window was still intact.

On August 8, 2022, a YNPD officer was interviewed by the FBI. During this interview he recounted his involvement. He stated when he observed the defendant extended his arm toward the rear window and a small point hit the rear window, he was about 30 yards behind the vehicle. During a second interview with the FBI on September 2, 2022, a YNPD officer stated the defendant shot in his direction and not directly at him. He also stated during the pursuit he had to swerve to avoid hitting the bottles and cans being thrown from the vehicle, but did not have time to avoid the clothing items. The officer admitted he feared for his life during this incident.

The U.S. Probation Office respectfully recommends the Court replace the prior petition submitted to the Court (ECF No. 106), dated March 11, 2024, and incorporate the amended violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/17/2024

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
**Re: Gibson, Gabriel J**
**July 17, 2024**
**Page 5**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

7/19/2024

Date